**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-01225-001-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Pedro Rueda-Astorga, | |
| Defendant. | |

Defendant Rueda-Astorga moved to dismiss the indictment in this case, arguing that his due process rights were violated in his May 2011 removal proceeding. (Doc. 14.) When provided with new evidence, however, Rueda-Astorga's counsel concluded Rueda-Astorga could not prevail on his due process claim. (Doc. 16 at 3-4.) To that end, counsel stated "counsel must move to withdraw the instant motion to dismiss and seek to have the government re-extend the fast track offer it originally made to Mr. Rueda." (*Id.* at 5.)

The Court will construe Rueda-Astorga's reply (Doc. 16) as a motion to withdraw his motion to dismiss (Doc. 14.) Accordingly, **IT IS ORDERED** granting Rueda-Astorga's motion to withdraw his motion to dismiss.

Dated this 22nd day of January, 2020.

Dominic W. Lanza
United States District Judge